**Chauncey A. WILLIAMS, Plaintiff—Appellant,**

v.

**Daniel A. BRAXTON, Warden; Officer Burton, Correctional Officer; Officer Wheeler, Sergeant; Tincher, Sergeant; Pritt, Lieutenant, Defendants—Appellees.**

No. 08–6117.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 29, 2008.

Chauncey A. Williams, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Chauncey A. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Bays,* No. 7:07–cv–00292–SGW–MFU, 2007 WL 4561295 (W.D. Va. Dec. 20, 2007). We deny Williams' motion for summary disposition and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*